| | | | |
|---|---|---|---|
| Com. v. Vistein | 1061 WDA 2015 Affirmed | 07/13/2016 | CP–02–CR–0002001– 2014 (Allegheny) |
| Com. v. Vaughn | 1175 WDA 2015 Affirmed | 07/13/2016 | CP–11–CR–0000788– 2007 (Cambria) |
| Com. v. Cross–Hill [19] | 1512 WDA 2015 Appeal dismissed | 07/13/2016 | CP–02–SA–0001270– 2015 (Allegheny) |
| J.L.B. v. S.A.T. [20] | 1866 WDA 2015 Affirmed | 07/13/2016 | 2008–3924 (Cambria) |
| Com. v. Kammerdeiner | 2017 WDA 2015 Affirmed | 07/13/2016 | CP–03–CR–0000748– 2012 (Armstrong) |
| Com. v. Claiborne | 35 WDA 2016 Affirmed | 07/13/2016 | CP–43–CR–0000697– 2015 (Mercer) |
| Com. v. Woolard | 1301 EDA 2014 Affirmed | 07/14/2016 | CP–51–CR–0708191– 2003 (Philadelphia) |
| Com. v. Rice | 1746 EDA 2014 Affirmed | 07/14/2016 | CP–51–CR–0400722– 2003 (Philadelphia) |
| Com. v. Gilmore [21] | 605 EDA 2015 Affirmed | 07/14/2016 | CP–51–CR–0002775– 2014 (Philadelphia) |
| Com. v. Jones | 833 EDA 2015 Quashed | 07/14/2016 | CP–51–CR–0602111– 2000 (Philadelphia) |
| Kapuscinski v. Cavalier | 1098 EDA 2015 Affirmed | 07/14/2016 | October Term, 2014 No. 2074 (Philadelphia) |
| Com. v. Jones | 2210 EDA 2015 Affirmed | 07/14/2016 | CP–51–CR–0002779– 2014 (Philadelphia) |
| Com. v. Rivera | 2307 EDA 2015 Affirmed | 07/14/2016 | CP–09–CR–0002459– 2011 (Bucks) |
| Advanced Research Systems, Inc. v. Col- dedge Tech. | 2317 EDA 2015 Affirmed | 07/14/2016 | No. 2008–C–5444 (Lehigh) |
| Morley v. Collazzo | 2852 EDA 2015 Affirmed | 07/14/2016 | No. 140902787 (Philadelphia) |
| Com. v. Krassnosky | 2873 EDA 2015 Affirmed | 07/14/2016 | CP–23–CR–0005332– 2006 (Delaware) |

19. Petition for reargument denied August 30, 2016.
20. Petition for reargument denied August 01, 2016.
21. Petition for reargument denied August 24, 2016.